# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00011-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 7) |
| CARL DEWAIN JEFFERSON, | |
| Defendant. | |

Pending before the Court is the United States' motion to unseal the instant case, including the indictment and "all subsequent and further proceedings." Docket No. 7 at 2. The United States submits that "the need for keeping the case sealed expired when the defendant was arrested" on January 27, 2020, in California. *Id*.

For good cause shown, the United States' motion to unseal, Docket No. 7, is **GRANTED**. The Clerk's Office is **INSTRUCTED** to unseal the instant case, including the indictment and all other filings.

IT IS SO ORDERED.

DATED: January 30, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE