RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Carl Dewain Jefferson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARL DEWAIN JEFFERSON,<br><br>    Defendants. | Case No. 2:20-CR-00011-JCM-NJK<br>ORDER GRANTING<br>**UNOPPOSED MOTION FOR PREPARATION OF PRE-PLEA PRESENTENCE REPORT (PSR)** |

Defendant Carl Dewain Jefferson requests the Court enter an order directing the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report (PSR) to determine the defendant's Criminal History.  The government does not oppose this request.

On January 22, 2020, Mr. Jefferson was charged in a two-count indictment with Use of Unauthorized Access Devices, in violation of 18 U.S.C. § 1029(a), and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).  The parties are attempting to negotiate this case.  The parties believe that they may be able to resolve this case short of trial. Based on defense counsel's review of Mr. Jefferson's criminal record, there appear to be a number of issues with respect to how his prior convictions will be counted. To satisfy Mr. Jefferson's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as to whether to accept or reject a plea offer, he has requested that a Pre-

Plea Presentence Investigation Report be completed so that he understands how Probation will calculate his Criminal History Points and corresponding category. Defense counsel has spoken with AUSA Jamie Mickelson and she does not oppose this motion.

**Conclusion**

Mr. Jefferson respectfully requests the Court order the United States Department of Probation to prepare a Pre-Plea Presentence Investigation Report to determine his Criminal History Points and corresponding Criminal History Category.

DATED this 15th day of July, 2020.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Kathryn C. Newman*
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Attorney for Carl Dewain Jefferson

**ORDER**

IT IS HEREBY ORDERED, based on the foregoing motion, and good cause appearing, that the United States Department of Probation for the District of Nevada shall prepare a Pre-Plea Presentence Investigation Report (PSR) with respect to Defendant Carl Dewain Jefferson's Criminal History Points and Criminal History Category.

_____
UNITED STATES MAGISTRATE JUDGE