# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00011-JCM-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | (Docket No. 35) |
| CARL JEFFERSON, | |
| Defendant. | |

Pending before the Court is Defendant's motion to dismiss counsel. Docket No. 35.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for June 9, 2021, at 11:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that all counsel must be present in the courtroom.

IT IS FURTHER ORDERED that, no later than June 4, 2021, counsel shall file notice on the record as to whether Defendant waives his right to personal appearance and consents to appear via video link.

IT IS SO ORDERED.

DATED: June 1, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE