# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CARL DEWAIN JEFFERSON,<br><br>    Defendant. | 2:20-CR-011-JCM-NJK<br><br>**Preliminary Order of Forfeiture** |

This Court finds Carl Dewain Jefferson pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with use or trafficking of unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2) and in Count Two with aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(4). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 48; Plea Agreement, ECF No. 50.

This Court finds Carl Dewain Jefferson agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 48; Plea Agreement, ECF No. 50.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offenses to which Carl Dewain Jefferson pled guilty.

The following property and money judgment are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1029(a)(2) and 1028A(a)(1) with 1028A(c)(4), or a conspiracy to commit such offenses; (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the

result of violations of 18 U.S.C. §§ 1029(a)(2) and 1028A(a)(1) with 1028A(c)(4), or a conspiracy to violate such offenses; and (3) any personal property used or intended to be used to commit the violation of 18 U.S.C. §§ 1029(a)(2) and 1028A(a)(1) with 1028A(c)(4) and are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); and 21 U.S.C. § 853(p):

1.  T Mobile Cell Phone S/N: P7U0213C21002998;

2.  Grey Embosser Machine;

3.  Various Access/Drink Passes for clubs (listed as Misc Tickets);

4.  Las Vegas Show Tickets LLC Business Cards in the name of Rasheed Atkins - Sales Manager;

5.  Samsung Cell Phone Model # SGH-1407, S/N: R31F105KHCZ;

6.  Black Samsung Galaxy phone with charger and extra USB Cable.  Model #SGH-I437P; S/N: R31DA0660MT;

7.  White Samsung Galaxy Note II phone with charger.  Model #SGH-I317; S/N: R21CA6FB6LN;

8.  Black Cambridge Notebook;

9.  Business card for LV Show Tickets LLC in name of Carl D Jefferson CEO/President; and

10. ARVEST Visa Check Card in the Name of Carl Dewain Jefferson ending in #5783; Four Green Dot Gold Visa Cards (Forged) in the name of Jefferson J.R #'s ending in 5316; 5575; 4336; and 8514

(all of which constitutes property)

and an in personam criminal forfeiture money judgment of at least $333,014.15 and that the property will not be applied toward the payment of the money judgment.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Carl Dewain Jefferson an in personam criminal forfeiture money judgment of at least $333,014.15.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Carl Dewain Jefferson in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> James A. Blum
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED October 1, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE