RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Carl Dewain Jefferson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00011-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| CARL DEWAIN JEFFERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Carl Dewain Jefferson, that the Sentencing Hearing currently scheduled on January 14, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than February 15, 2022.

This Stipulation is entered into for the following reasons:

1. The defense needs additional time to gather evidentiary documents in support of legal objections to presentence report and mitigation arguments for sentencing.

2. Undersigned counsel will be on vacation from December 21, 2021 through January 2, 2022.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of December, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ LaRonda R. Martin<br>LARONDA R. MARTIN<br>Assistant Federal Public Defender | By /s/ Jim W. Fang<br>JIM W. FANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CARL DEWAIN JEFFERSON           ,<br><br>             Defendant. | Case No. 2:20-cr-00011-JCM-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, January 14, 2022 at 10:30 a.m., be vacated and continued to <u>February 25, 2022</u> at the hour of <u>10:30 a.m.</u>; or to a time and date convenient to the court.

   DATED December 29, 2021.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE